Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
Anna M. Martin – SBN 154279
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
Kellie Lim

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KELLIE LIM,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 22-cv-07493-RS<br><br>**STIPULATION AND REQUEST TO CONTINUE ALL DATES AND ORDER THEREON AS MODIFIED BY THE COURT**<br><br>Complaint Filed:   November 28, 2022<br><br>*First request for extension* |

1

Plaintiff Dr. Kellie Lim and Defendant The Lincoln National Life Insurance Company, collectively referred to herein as the "Parties," jointly stipulate and request that the Court continue the dates in this action, for the reasons set forth below:

1. On November 28, 2022, Plaintiff filed this action, asserting claims for breach of contract and breach of the implied covenant of good faith and fair dealing, arising out of a denial of disability benefits. (Doc. No. 1).

2. On February 23, 2023, the Court entered an Initial Case Management Scheduling Order (Doc. No. 23).

3. The Parties wish to participate in early mediation in an effort to determine whether this case can be resolved prior to engaging in extensive discovery.

4. The Parties have diligently been trying to select a mediator and schedule mediation in this case which as taken some time due to the availability of mediators on whom the parties agree.

5. The Parties have agreed to mediate with Ed Oster and based on his schedule and the desire to conduct mediation in person the earliest available date is June 30, 2023 which the parties have reserved.

6. Good cause exist for the continuance of these dates as time and resources will be conserved by the Parties and the Court should this case settle at mediation.

7. For the above reasons, the Parties request a continuance of all dates by 90 days as follows:

| Pretrial Dates | Current Deadline Date | Proposed New Deadlines |
| --- | --- | --- |
| Deadline to Amend the Pleadings | April 21, 2023 | July 20, 2023 |
| Non-Expert Discovery Cut-off | July 10, 2023 | October 9, 2023 |
| Expert Disclosure (Initial) | September 29, 2023 | December 29, 2023 |
| Expert Disclosure (Rebuttal) | October 31, 2023 | January 29, 2023 |

| | | |
|---|---|---|
| Expert Discovery Cut-Off | December 29, 2023 | March 28, 2024 |
| Further Case Management Conference | July 27, 2023 at 10:00 a.m. | October 26, 2023 |
| Further Case Management Conference Statement | July 20, 2023 | October 19, 2023 |
| Last Day to Hear Pretrial Motions | March 7, 2024 | June 5, 2024 |
| Pretrial Conference | April 17, 2024 at 10:00 a.m. | July 17, 2024 |
| Jury Trial | April 29, 2024 at 9:00 a.m. | July 29, 2024 |

8. This is the Parties' first request for a continuance of the deadlines.

IT IS SO STIPULATED AND REQUESTED.

DATED: April 13, 2023                KANTOR & KANTOR, LLP


                                     By: /s/ Anna M. Martin
                                         Anna M .Martin
                                         Attorneys for Plaintiff
                                         DR. KELLIE LIM,

DATED: April 13, 2023                OGLETREE DEAKINS


                                     By: /s/ Byrne J. Decker
                                         Byrne J. Decker
                                         Attorneys for Defendant
                                         THE LINCOLN NATIONAL LIFE
                                         INSURANCE COMPANY


Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.

Order

Good cause existing, the Court hereby sets the following new deadlines:

| Pretrial Dates | ~~Proposed~~ New Deadlines |
|---|---|
| Deadline to Amend the Pleadings | July 20, 2023 |
| Non-Expert Discovery Cut-off | ~~October 9, 2023~~ October 13, 2023 |
| Expert Disclosure (Initial) | December 29, 2023 |
| Expert Disclosure (Rebuttal) | January 29, ~~2023~~ 2024 |
| Expert Discovery Cut-Off | March 28, 2024 |
| Further Case Management Conference | October 26, 2023 |
| Further Case Management Conference Statement | October 19, 2023 |
| Last Day to Hear Pretrial Motions | ~~June 5, 2024~~ June 6, 2024 |
| Pretrial Conference | July 17, 2024 |
| Jury Trial | July 29, 2024 |

DATED:  April 14, 2023

_____
Richard Seeborg
United States District Judge