UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLIE LIM,

        Plaintiff,

    v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

Case No.  22-cv-07493-RS   (LJC)

**NOTICE OF REFERRAL FOR DISCOVERY**

**TO ALL PARTIES AND COUNSEL OF RECORD**:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. Plaintiff Dr. Kellie Lim has withdrawn the discovery dispute (ECF No. 30) previously pending before the Court. ECF No. 34. As to all future discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please be advised that discovery disputes must be presented in a joint letter brief that includes, inter alia, an attestation that the parties have met and conferred as required by the Standing Order.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: December 11, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge