Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Anna M. Martin – SBN 154279
Jaclyn D. Conover – SBN 266749
Email:    jconover@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff
Kellie Lim

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KELLIE LIM,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 22-cv-07493-RS<br><br>**STIPULATION AND REQUEST TO CONTINUE ALL DATES AND ORDER THEREON**<br><br>Complaint Filed:  November 28, 2022<br><br>*Third request for extension* |

Plaintiff Dr. Kellie Lim and Defendant The Lincoln National Life Insurance Company, collectively referred to herein as the "Parties," jointly stipulate and request that the Court continue the dates in this action, for the reasons set forth below:

1. On November 28, 2022, Plaintiff filed this action, asserting claims for breach of contract and breach of the implied covenant of good faith and fair dealing, arising out of a denial of disability benefits. (Doc. No. 1).

2. On February 23, 2023, the Court entered an Initial Case Management Scheduling Order (Doc. No. 23).

3. The Parties stipulated and asked the Court to continue the dates set forth in the Initial Case Management Scheduling Order so as to allow them time to participate in a private mediation with Ed Oster of Judicate West.

4. The Court granted the above request for continuance. (Doc. No. 25)

5. Thereafter, on June 30, 2023, the Parties participated in a full-day, in-person mediation with Mr. Oster in Los Angeles, California. While the case did not settle at that time, since then, Mr. Oster has and continues to work with the Parties in efforts to continue settlement discussions. Those discussions are ongoing.

6. In the meantime, the Parties exchanged written discovery and noticed depositions. Additionally, the parties were in the process of meeting and conferring on discovery disputes in an effort to avoid discovery motion work.

7. On August 31, 2023, the Court granted the parties' joint request for a continuance while they met and conferred about discovery and continued informal settlement efforts, including discussions with the mediator, Mr. Oster. (Doc. No. 29)

8. In October 2023, Lincoln's lead counsel of record in this case, Jenny Wang, took an unexpected medical leave of absence for three months, returning to the office on January 29, 2024.

/ / /

/ / /

9. The Parties are continuing to work on discovery disputes and having discussions with Mr. Oster and would benefit from additional time to engage in those efforts and to schedule remaining depositions.

10. For the above reasons, the Parties respectfully request a 60-day continuance of all dates as follows:

| Pretrial Dates | Current Deadline Date | New Deadlines |
| --- | --- | --- |
| Non-Expert Discovery Cut-off | March 13, 2024 | May 10, 2024 |
| Expert Disclosure (Initial) | June 28, 2024 | August 27, 2024 |
| Expert Disclosure (Rebuttal) | July 29, 2024 | September 27, 2024 |
| Expert Discovery Cut-Off | September 27, 2024 | November 26, 2024 |
| Further Case Management Conference | March 28, 2024 | May 30, 2024 |
| Further Case Management Conference Statement | March 21, 2024 | May 20, 2024 |
| Last Day to Hear Pretrial Motions | October 24, 2024 | December 19, 2024 |
| Pretrial Conference | November 14, 2024 | January 16, 2025 |
| Jury Trial | December 9, 2024 | February 10, 2025 |

11. This is the Parties' third request for a continuance of the deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED AND REQUESTED.

DATED:  February 6, 2024          KANTOR & KANTOR, LLP


                                  By: /s/ Jaclyn D. Conover
                                      Anna M. Martin
                                      Glenn R. Kantor
                                      Jaclyn D. Conover
                                      Attorneys for Plaintiff
                                      DR. KELLIE LIM,

DATED:  February 6, 2024          OGLETREE DEAKINS


                                  By: /s/ Jenny H. Wang
                                      Bryne J. Decker
                                      Jenny H. Wang
                                      Attorneys for Defendant
                                      THE LINCOLN NATIONAL LIFE
                                      INSURANCE COMPANY


    Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I hereby attest that concurrence in the filing of this document and its content has been obtained by all signatories listed.

Order

Good cause existing, the Court hereby sets the following new deadlines:

| Pretrial Dates | New Deadlines |
|---|---|
| Non-Expert Discovery Cut-off | May 10, 2024 |
| Expert Disclosure (Initial) | August 27, 2024 |
| Expert Disclosure (Rebuttal) | September 27, 2024 |
| Expert Discovery Cut-Off | November 26, 2024 |
| Further Case Management Conference | May 30, 2024 |
| Further Case Management Conference Statement | May 20, 2024 |
| Last Day to Hear Pretrial Motions | December 19, 2024 |
| Pretrial Conference | January 16, 2025 |
| Jury Trial | February 10, 2025 |

DATED: 2/8/2024

_____
Hon. Richard Seeborg
United States District Judge